```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-6-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

    -against-                              25-CR-43 (ALC)

RAFAEL RAMON CRUZ,                      <u>ORDER</u>

                      Defendant.
-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    An Arraignment is scheduled for **February 13, 2025**, at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           February 6, 2025

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**