```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                 - v. -

Rafael Ramon Cruz,

                     Defendant.

------------------------------------------------------------------- x

25-CR-43 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Status Conference scheduled for May 13, 2025, at 3:00 p.m. is converted to a Change of Plea Hearing.

**SO ORDERED.**

Dated:    New York, New York
             April 24, 2025

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**