USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/7/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-

RAMON RAFAEL CRUZ,

----------------------------------------------------------X

25 Cr. 43 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Change of Plea Hearing scheduled for May 13, 2025, is adjourned to **3:45 p.m.**

SO ORDERED.

Dated: New York, New York
      May 7, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE